IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 2:13-cv-350-WHA (WO) |
| HARRY BROWN & CO., LLC; etc., | ) ) ) | |
| Defendants. | ) ) | |
| HARRY BROWN & CO., LLC; etc., | ) ) ) | |
| Counterclaimants, | ) ) | |
| v. | ) ) | |
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Counterclaim-Defendant. | ) | |

ORDER

To the extent that the Defendants' Renewed Motion to Compel (Doc. #89) requests that the motion be heard at the pretrial conference set for February 19, 2015, the request is ORDERED DENIED. This being a discovery dispute, it will be heard by the Magistrate Judge at his first available time.

Done this 29th day of January, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE