IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 2:13-cv-350-WHA |
| HARRY BROWN & CO., LLC; et al., | ) ) ) | (wo) |
| Defendants. | ) ) | |
| HARRY BROWN & CO., LLC; et al., | ) ) ) | |
| Counterclaimants, | ) ) | |
| v. | ) ) | |
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Counterclaim– Defendant. | ) ) ) | |

**ORDER**

Upon consideration of the Motion for Reconsideration of Order Granting Plaintiff FDIC's Motion Under Fed. R. Civ. P. 25(c) (Doc. #117), filed by the Defendants, it is hereby ORDERED that the Motion is DENIED.

DONE this 6th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE