IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 2:13-cv-350-WHA (WO) |
| HARRY BROWN & CO., LLC; STEWARDSHIP INVESTMENTS, LLC; HARRY I. BROWN, JR.; and JOHN M. BROWN, as personal representative of the ESTATE OF HARRY I. BROWN, SR., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| HARRY BROWN & CO., LLC; STEWARDSHIP INVESTMENTS, LLC; HARRY I. BROWN, JR.; and JOHN M. BROWN, as personal representative of the ESTATE OF HARRY I. BROWN, SR., | ) ) ) ) ) ) | |
| Counterclaimants, | ) | |
| v. | ) ) | |
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Counterclaim– Defendant. | ) ) ) | |

**ORDER**

This cause is before the court on the Plaintiff's Renewed Motion for Summary Judgment (Doc. #114).

The court previously gave the Defendants additional time in which to respond to the Motion after discovery ordered by the Magistrate Judge (Doc. #138). Subsequent to that Order, the Magistrate Judge set new dates for discovery, the latest of which is June 29, 2015. (Doc.

#139).  In their response in opposition to the Motion, the Defendants ask for a briefing schedule after the deadline for discovery ordered by the Magistrate Judge.

In light of the new dates set by the Magistrate Judge, and the court's previous finding that briefing should be allowed after the ordered discovery, it is hereby ORDERED as follows:

1.  The Defendants are given until July 10, 2015 to file either a supplement to or a replacement of their Response (Doc. #141) which incorporates the discovery ordered in Doc. #139.

2. The Reply deadline for FDIC of June 5, 2015 (Doc. #138) is reset to July 17, 2015.

3. The Pretrial Hearing set for June 30, 2015 is canceled and the pretrial hearing is reset for October 15, 2015.

4. The trial of his case is continued from the August 3, 2015 trial term to the November 16, 2015 trial term.

5. The deadlines in the provisions in Sections 9, 10, 11 of the Uniform Scheduling Order (Doc. #32) are reset for October 14, 2015.  The deadline in Section 13 is reset for 21 days prior to the new trial date.   The dispositive motion deadline in Section 2 has passed and will not be reset.  All other deadlines in the Uniform Scheduling Order which have already passed will not be reset.

Done this 1st day of June, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE