IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 2:13-cv-350-WHA (WO) |
| HARRY BROWN & CO., LLC; STEWARDSHIP INVESTMENTS, LLC; HARRY I. BROWN, JR.; and JOHN M. BROWN, as personal representative of the ESTATE OF HARRY I. BROWN, SR., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| HARRY BROWN & CO., LLC; STEWARDSHIP INVESTMENTS, LLC; HARRY I. BROWN, JR.; and JOHN M. BROWN, as personal representative of the ESTATE OF HARRY I. BROWN, SR., | ) ) ) ) ) ) | |
| Counterclaimants, | ) | |
| v. | ) ) | |
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) ) ) | |
| Counterclaim–Defendant. | ) ) | |

## **ORDER**

Upon consideration of Defendants' Motion for Attorney-Conducted Voir Dire (Doc. #180), it is hereby

ORDERED that the motion is DENIED.

It is this court's practice to conduct voir dire, with consideration given to requested voir dire questions submitted by counsel as set out in the scheduling order.  If any counsel wishes to

ask follow-up questions to a response given by a member of the venire, the court allows counsel to ask follow-up questions directly to the responding member. Juror information forms will be available to counsel in advance of trial.

DONE this 15th day of December, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE