UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CADLEROCK III, LLC,

    Plaintiff, as substituted for
    Federal Deposit Insurance Corp.,

v.                                       Case No: 2:13-cv-350-PGB-SRW

HARRY BROWN & CO., LLC, *et al.*,

    Defendants.

## ORDER

This cause is before the Court on the Estate's Second Renewed Application and Motion for Attorney's Fees, Expenses, and Costs Under the Equal Access to Justice Act (Doc. 308).[1] United States Magistrate Judge Susan Russ Walker submitted a report recommending the motion be denied. (Doc. 336 ("**Report and Recommendation**")).

After an independent *de novo* review of the record in this matter, and noting neither party has filed any timely objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 13, 2020 (Doc. 336), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The motions were filed by Defendant John M. Brown as personal representative of the Estate of Harry I. Brown, Sr. For purposes of this Order, the Court will refer to Defendant John M. Brown as the "Estate."

2. The Estate's Second Renewed Application and Motion for Attorney's Fees, Expenses, and Costs Under the Equal Access to Justice Act (Doc. 308) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on May 29, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

.